FILED: January 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7066
_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

KEANAN DEQUEZ BOND, a/k/a Sticks,

       Defendant – Appellant.

_____

O R D E R
_____

The Court amends its opinion filed on January 3, 2023, as follows:

On the cover page, the decided date is corrected to read January 3, 2023.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk